**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000485
22-MAR-2013
08:09 AM**

NO. CAAP-12-0000485

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FRANCIS GRANDINETTI, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 88-2074)


SUMMARY DISPOSITION ORDER
(By: Nakamura, Chief Judge, Leonard and Reifurth, JJ.)

Petitioner-Appellant Francis Grandinetti (**Grandinetti**) appeals *pro se* from a March 9, 2012 Decision and Order Denying Defendant's Motion for PARV Hearing by HPA on April 20, 2011, to be Reviewed by Circuit Court for Judicial Records or Errors; Habeas Corpus Relief Sought (**Order Denying Relief**), entered by the Circuit Court of the First Circuit (**Circuit Court**).[1]

On appeal, Grandinetti does not identify any points of error or otherwise state contentions for appellate review.

Upon careful review of the record and the briefs submitted by the parties and having given due consideration to the issues raised by the parties, we resolve Grandinetti's appeal as follows:

Grandinetti's *pro se* opening brief provides no discernible argument challenging the Circuit Court's Order

---

[1]    The Honorable Richard K. Perkins presided.

Denying Relief and cites no facts in the record or authorities in support of and/or warranting any relief. Accordingly, the Circuit Court's March 9, 2012 Order Denying Relief is affirmed.

DATED: Honolulu, Hawai'i, March 22, 2013.

On the briefs:

Francis Grandinetti
Pro Se Petitioner-Appellant

Lisa M. Itomura
Diane K. Taira
Deputy Attorneys General
for Respondent-Appellee

Chief Judge

Associate Judge

Associate Judge